IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Jeffrey Krumm**, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:20-cv-110 |
| **Heartland Coca-Cola Bottling Company, LLC,** | ) ) ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41(a)(1)(A)(ii), Plaintiff Jeffrey Krumm and Defendant Heartland Coca-Cola Bottling Company, LLC, stipulate to the dismissal of this action with prejudice, each Party to bear its own costs and attorneys' fees.

Respectfully submitted this 8th day of June 2020.

| | |
|---|---|
| McMichael, Logan, Schaeffer & Gilpin | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| */s/ Michelle K. Faron* | */s/ Katie M. Rhoten* |
| Daniel J. McMichael, MOBAR #24019 | Robert L. Ortbals, Jr., #56540MO |
| Michelle K. Faron, MOBAR #68058 | Katie M. Rhoten, #69287MO |
| McMichael, Logan, Schaeffer & Gilpin | 7733 Forsyth Blvd., Ste. 1325 |
| 12166 Old Big Bend Road, Suite 99 | St. Louis, MO 63105 |
| Kirkwood, Missouri 63122 | Telephone: (314) 338-3740 |
| dan@mcmichael-logan.com | Facsimile: (314) 727-1978 |
| michelle@mcmichael-logan.com | rortbals@constangy.com |
| | krhoten@constangy.com |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 8th, 2020, a copy of the above and foregoing was served via operation of the court's CM/ECF system on all counsel of record.

                                              */s/ Michelle K. Faron*
                                              Attorney for Plaintiff